≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JEROME KELLEY

**SUMMONS IN A CIVIL ACTION**

V.

CRACKER BARREL OLD COUNTRY STORE, INC.

CASE NUMBER: 2:07cv820 - MEF

TO: (Name and address of Defendant)

CRACKER BARREL OLD COUNTRY STORE, INC.
C/O The Corporation Company
2000 Interstate Park Drive Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    9-13-07

CLERK                                               DATE

(By) DEPUTY CLERK