IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME KELLEY )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>CRACKER BARREL OLD )<br>COUNTRY STORE, INC. )<br>)<br>Defendant. ) | Civil Case No. 2:07-CV-820-MEF |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cracker Barrel Old Country Store, Inc. hereby submits that it is a wholly-owned subsidiary of CBRL Group, Inc., which is a publicly-traded corporation.

Respectfully submitted this 4th day of October, 2007.

**BAKER, DONELSON, BEARMAN,**  /s/ Harriet Thomas Ivy
**CALDWELL & BERKOWITZ, PC**     Harriet Thomas Ivy
1600 Wachovia Tower              Alabama State Bar No. 2901-T531
420 20th Street North            Email: hivy@bakerdonelson.com
Birmingham, Alabama 35203
Phone: 205.328.0480
Fax:  205.322.8007

1

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** <br> Six Concourse Parkway <br> Suite 3100 <br> Atlanta, Georgia 30328 <br> Phone: 678.406.8700 <br> Fax:  678.406.8816 | David E. Gevertz, Esq. <br> *Pro hac vice admission pending* <br> Georgia Bar No. 292430 <br> Email: dgevertz@bakerdonelson.com <br><br> Stephen P. Pocalyko, Esq. <br> *Pro hac vice admission pending* <br> Georgia Bar No. 582602 <br> Email: spocalyko@bakerdonelson.com <br><br> *Attorneys for Defendant* <br> *Cracker Barrel Old Country Store, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME KELLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 2:07-CV-820-MEF |
| v. ) | |
| ) | |
| CRACKER BARREL OLD ) | |
| COUNTRY STORE, INC. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court by using the CM/ECF system which will send notification of such filing to the following CM/ECF counsel of record:

Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
847 So. McDonough St., #100, Montgomery, AL 36104
andynelms@JayLewisLaw.com

This 4th day of October, 2007.

/s/ Harriet Thomas Ivy
Harriet Thomas Ivy
ASB No. 2901-T531