```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000720
Cashier ID: kalandra
Transaction Date: 10/11/2007
Payer Name: BAKER DONELRSON BEARMAN ET AL
------------------------------------
PRO HOC VICE
  For: STEPHEN PHILLIP POCALYKO
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
PRO HOC VICE
  For: DAVID E. GEVERTZ
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
------------------------------------
CHECK
  Check/Money Order Num: 304611
  Amt Tendered: $40.00
------------------------------------
Total Due:      $40.00
Total Tendered: $40.00
Change Amt:     $0.00

2:07-cv-00820-MEF-WC


Kelley v. Cracker Barrel Old
Country Store, Inc.
```