IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME KELLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-820-MEF |
| | ) | |
| CRACKER BARREL OLD | ) | |
| COUNTRY STORE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Admission Pro Hac Vice (Doc. #

7), it is hereby ORDERED that the motion is GRANTED.

Done on this the 16th day of October, 2007.


        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE