IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jerome Kelley

　　　Plaintiff,

v.                                            CASE NO. 2:07-cv-00820-MEF

Cracker Barrel Old Country Store, Inc.

　　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jerome Kelley, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

11/30/2007
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

Jerome Kelley
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30 day of November 20 07, to:

David Gevertz

11/30/2007
Date

/s/ K. Anderson Nelms
Signature