IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEROME KELLEY,                                    )
                                                  )
        Plaintiff                                 )
v.                                                )        CIVIL ACTION NO. 2: 07cv820-MEF
                                                  )
CRACKER BARREL OLD                                )
COUNTRY STORE, INC.,                              )
                                                  )
        Defendant.                                )

## ORDER

Upon consideration of Defendant's Motion to Compel Discovery (Doc. #14), filed on

December 17, 2007, it is

ORDERED that Plaintiff shall file a response on the motion on or before January 3,

2008.

DONE this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE