IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-820-MEF |
| ) | |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #17) filed on December 21, 2007 by counsel for the plaintiff, it is hereby

ORDERED that the motion is set for hearing on January 25, 2008 at 8:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The Clerk of Court is directed to provide a copy of this order to the plaintiff and the plaintiff is ORDERED to appear in person at the January 25, 2008 hearing.

DONE this the 26th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE