**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEROME KELLEY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Case No. 2:07-CV-820-MEF** |
| **v.** | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REPLY TO PLAINTIFF'S NON-RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant Cracker Barrel Old Country Store, Inc. ("Defendant" or "Cracker Barrel"), by and through its undersigned counsel, respectfully submits this Reply to Plaintiff's Non-Response to Defendant's Motion to Compel Discovery. Defendant submits as follows:

1.    On December 17, 2007, Defendant filed a Motion to Compel Discovery ("Defendant's Motion") with this Court.

2.    Defendant's Motion was necessitated by Plaintiff's failure to respond in <u>any</u> manner to the following discovery requests, as served on Plaintiff on November 1, 2007: (1) Defendant Cracker Barrel Old Country Store, Inc.'s First Set of Interrogatories; (2) Defendant Cracker Barrel Old Country Store, Inc.'s First

1

Requests for Production of Documents; and (3) Defendant Cracker Barrel Old Country Store, Inc.'s First Set of Requests for Admissions (collectively "Defendant's Requests").

3.     On December 18, 2007, this Court ordered Plaintiff to respond to Defendant's Motion "on or before January 3, 2008."

4.     As of today, January 7, 2008, Plaintiff has <u>not</u> filed a response to Defendant's Motion, in contempt of this Court's order; and he <u>still</u> has <u>not</u> provided <u>any</u> response to Defendant's Requests.

5.     Until such time as this Court permits Plaintiff's Counsel, Keith Anderson Nelms, Esq., to withdraw his representation, Plaintiff's Counsel continues to represent Plaintiff Jerome Kelley. Plaintiff, through his counsel of record, must respond to this Court's orders and to Defendant's discovery requests.

6.     Plaintiff's non-response to this Court's order only reinforces the need for the requested order compelling discovery and imposing sanctions against Plaintiff and/or Plaintiff's Counsel.

Respectfully submitted this 7th day of January, 2008.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Six Concourse Parkway
Suite 3100
Atlanta, Georgia 30328
Phone: 678.406.8700
Fax:  678.406.8816

/s/ Stephen P. Pocalyko
Stephen P. Pocalyko, Esq.
*Admitted pro hac vice*
Georgia Bar No. 582602
Email: spocalyko@bakerdonelson.com

David E. Gevertz, Esq.
*Admitted pro hac vice*
Georgia Bar No. 292430
Email: dgevertz@bakerdonelson.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1600 Wachovia Tower
420 20th Street North
Birmingham, Alabama 35203
Phone: 205.328.0480
Fax:  205.322.8007

Harriet Ivy, Esq.
Alabama State Bar No. 2901T531
Email: hivy@bakerdonelson.com

*Attorneys for Defendant*
*Cracker Barrel Old Country Store, Inc.*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEROME KELLEY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Case No. 2:07-CV-820-MEF** |
| **v.** | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served the foregoing **DEFENDANT'S REPLY TO PLAINTIFF'S NON-RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY** with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following CM/ECF counsel of record:

Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
847 So. McDonough St., #100, Montgomery, AL 36104
andynelms@andersonnelms.com

This 7th day of January 8, 2008.

/s/ Stephen P. Pocalyko
Stephen P. Pocalyko, Esq.
*Admitted pro hac vice*
Georgia Bar No. 582602

4