### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JEROME KELLEY** ) | |
| ) | |
|    Plaintiff**,** ) | |
| ) | **Civil Case No. 2:07-CV-820-MEF** |
| **v.** ) | |
| ) | |
| **CRACKER BARREL OLD** ) | |
| **COUNTRY STORE, INC.** ) | |
| ) | |
|    Defendant. ) | |

### MOTION TO WITHDRAW
### PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

COMES NOW, undersigned counsel, and respectfully requests that this Honorable Court grant him this Motion to Withdraw his Motion to Withdraw as Counsel, which was filed on the 21st day of December, 2007, in the above referenced case and as grounds therefor, states the following:

Counsel has re-established the attorney/client relationship such that he can continue to represent the Plaintiff, Jerome Kelley.

WHEREFORE, THE PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw his Motion to Withdraw as Counsel in the referenced case.

Respectfully submitted this 18th day of January, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104

Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com


OF COUNSEL:
LAW OFFICE OF JAY LEWIS, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

### CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

David E. Gevertz, Esq.
Stephen P. Pocalyko, Esq.
Harriet Ivy, Esq.

on this the 18th day of January, 2008.


/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEROME KELLEY** | ) | |
| | ) | |
| Plaintiff**,** | ) | |
| | ) | **Civil Case No. 2:07-CV-820-MEF** |
| **v.** | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

COMES NOW, undersigned counsel, and respectfully requests that this Honorable Court allow him to withdraw from the above referenced case and as grounds therefor, states the following:

1.     There has been a breakdown in the attorney/client relationship such that the undersigned can no longer represent the Plaintiff, Jerome Kelley.

WHEREFORE, THE PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw as counsel of record for the Plaintiff, Jerome Kelley.

Respectfully submitted this 21st day of December, 2007.

/s/ K. Anderson Nelms_____
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

OF COUNSEL:
LAW OFFICE OF JAY LEWIS, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

David E. Gevertz, Esq.
Stephen P. Pocalyko, Esq.
Harriet Ivy, Esq.

Mr. Jerome Kelley
122 Melmar Drive
Prattville, Alabama 36067

on this the 21st day of December, 2007.


/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com