IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME KELLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:07-CV-820-MEF |
| v. | ) |
| | ) |
| CRACKER BARREL OLD | ) |
| COUNTRY STORE, INC. | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's counsel's Motion to Withdraw his Motion to Withdraw as Counsel (Doc. # 23), it is hereby ORDERED as follows:

(1) The Motion is GRANTED.

(2) The Motion to Withdraw as Counsel (Doc. # 17) is DENIED as moot.

(3) The Order Setting Hearing on Motion (Doc. # 18) is VACATED, and the hearing set on January 25, 2008 is cancelled.

Done on this the 22nd day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE