IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-820-MEF |
| | ) | |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw Appearance and Have Name Stricken

as Attorney of Record (Doc. #25) filed on April 25, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 29th day of April, 2008.


                                    /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE