# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JEROME KELLEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Case No. 2:07-CV-820-MEF** |
| v. ) | |
| ) | |
| **CRACKER BARREL OLD** ) | |
| **COUNTRY STORE, INC.** ) | |
| ) | |
| Defendant. ) | |

## REPLY IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On April 28, 2008 Defendant Cracker Barrel Old Country Store filed its Motion for Summary Judgment and Brief in Support of same ("Defendant's Motion"). See Docket Entries 26-27. On April 29, 2008, the Court ordered Plaintiff Jerome Kelley to file any opposition to Defendant's Motion on or before May 13, 2008. See Docket Entry 28. To date, Plaintiff has failed to file any opposition to Defendant's Motion, nor has Plaintiff sought an extension of the Court's deadline. Accordingly, Cracker Barrel respectfully requests that its Motion for Summary Judgment be granted. See Fed. R. Civ. P. 56(c) (Summary

1

judgment is entered where it is shown "that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.").

Respectfully submitted this 16th day of May, 2008.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN,** **CALDWELL & BERKOWITZ, PC** Six Concourse Parkway Suite 3100 Atlanta, Georgia 30328 Phone: 678.406.8700 Fax:  678.406.8816 | /s/ David E. Gevertz David E. Gevertz, Esq. *Admitted pro hac vice* Georgia Bar No. 292430 Email: dgevertz@bakerdonelson.com |

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JEROME KELLY**   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | **Civil Case No. 2:07-CV-820-MEF** |
| v.   ) | |
| ) | |
| **CRACKER BARREL OLD**   ) | |
| **COUNTRY STORE, INC.**   ) | |
| ) | |
| Defendant.   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following CM/ECF counsel of record:

Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
847 So. McDonough St., #100, Montgomery, AL 36104
andynelms@andersonnelms.com

This 16th day of May, 2008.

/s/ David E. Gevertz
David E. Gevertz, Esq.
Georgia Bar No. 292430

3

A JG2 605992 v1
2789827-000043 5/15/2008