IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-820-MEF |
| ) | |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before July 2, 2008.

DONE this the 11th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE