## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JEROME KELLEY** | ) | |
| | ) | |
| Plaintiff**,** | ) | |
| | ) | **Civil Case No. 2:07-CV-820-MEF** |
| **v.** | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH CERTIFICATION OF FILER

COME NOW, the Parties, by and through their respective counsel, and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint are hereby dismissed, with prejudice. Pursuant to Administrative Procedure II.C.3, the filer of this Joint Stipulation of Dismissal, K. Anderson Nelms, certifies that he has the express permission and agreement of all parties to affix their respective electronic signature and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

WHEREFORE, THE PREMISES CONSIDERED, the Parties respectfully request that this Honorable Court enter an Order dismissing this action and all claims alleged in the Complaint, with prejudice, and costs to be taxed against the Plaintiff, Jerome Kelley.

RESPECTFULLY SUBMITTED this 10th day of June, 2008.

/s/ K. Anderson Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
(334) 351-1770

(334) 351-1774 (Fax)
andynelms@andersonnelms.com
ASB-6972-E63K

/s/ David E. Gevertz
David E. Gevertz, Esq.
*Admitted pro hac vice*
Georgia Bar No. 292430
Email: dgevertz@bakerdonelson.com

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Six Concourse Parkway
Suite 3100
Atlanta, Georgia 30328
Phone: 678.406.8700
Fax: 678.406.8816